IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover           Date:  January 13, 2014
Court Reporter:     Terri Lindblom
Probation Officer:  Michelle Means

Criminal Action No.13-cr-00258-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     Suneeta Hazra

    Plaintiff,

v.

NANCY L. BENTLEY                              Joshua Lowther

    Defendant.

---

## SENTENCING MINUTES
---

**9:04 a.m.        Court in session**.

Defendant present on bond.

**Change of Plea Hearing on September 17, 2013.  Defendant pled guilty to Count 22 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:** Defendant's Motion for Non-Guideline Sentence (**Doc. #28**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**9:42 a.m.    Court in recess.**

Total Time:    38 minutes.
Hearing concluded.